# Third District Court of Appeal

## State of Florida

Opinion filed September 24, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1848
Lower Tribunal No. 22-CA-177-M
_____

**Stacey E. Frerichs, et al.,**
Appellants,

vs.

**Arthur Mattson, et al.,**
Appellees.

An Appeal from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Older, Lundy, Koch & Martino, and Jon Johnson (Tampa), for appellants.

Harvey J. Sepler, P.A., and Harvey J. Sepler (Hollywood); Campbell & Malafy, and Richard A. Malafy (Marathon), for appellees.

Before LINDSEY, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Taylor, Bean & Whitaker Mortg. Co. v. Wright</u>, 253 So. 3d 72, 73 (Fla. 1st DCA 2018) ("The trial court's factual findings are reviewed under a competent, substantial evidence standard."); <u>Heineman v. State</u>, 327 So. 2d 898, 898–99 (Fla. 3d DCA 1976) ("Knowledge is an elusive quality. Like intent, since it is a state of mind, it is often not subject to direct proof and can only be inferred from the circumstances of the case by the trier of fact.").